# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RAYMOND ROBLERO,<br><br>    Petitioner,<br><br>    v.<br><br>S. FRAUENHEIM, Warden,<br><br>    Respondent. | Case No. EDCV 14-1110-PA (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 17, 2016

                                                    PERCY ANDERSON
                                      UNITED STATES DISTRICT JUDGE